IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

TAURIN JOHNSON
ADC #102958                                                                  PLAINTIFF

v.                           No. 2:20-cv-103-DPM

ASA HUTCHINSON, Governor,
State of Arkansas, *et al.*                                                  DEFENDANTS

## JUDGMENT

Johnson's claims against Governor Hutchinson and Attorney General Rutledge are dismissed with prejudice. All his other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 August 2020